UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
HENRY WYNN                                    CIV# 07 CV 6314 (RJH)

              Plaintiff

     -against-
THE ESTATE OF RICHARD J. ALLEN
LA FORESTINE ALLEN, ADMINISTRATRIX
LA FORESTINE ALLEN, INDIVDUALLY

            Defendant(s).

-----------------------------------------------------------x



## STIPULATION OF WITHDRWAL

    The plaintiff in the above captioned action hereby withdraws the instant law suit without prejudice.

                                                _____
                                                John Johnson, Esq.
                                                Attorney for Plaintiff

So Ordered:
Date: 8/14/07

                                                _____
                                                Hon. Richard J. Holwell

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/07